CABLE AND WIRELESS, LIMITED, Appellant and Respondent, v. WILLIAM A. LYON, Superintendent of Banks of the State of New York, as Liquidator of the Business and Property in New York of Yokohama Specie Bank, Ltd., Respondent and Appellant.

Argued April 17, 1952; decided May 29, 1952.

*William J. O'Shea, John Godfrey Saxe, Frederick vP. Bryan* and *Richard R. Schilling, Jr.,* for appellant and respondent.

*Daniel Gersen* and *Edward Feldman* for respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.